IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA HUCKSTEP<br>1732 TULIP AVENUE<br>FORESTVILLE, MARYLAND 20747<br><br>    Plaintiff.<br><br>v.<br><br>WASHINGTON METORPOLITAN AREA<br>TRANSIT AUTHORITY (WMATA)<br>600 5TH STREET, NW<br>WASHINGTON, DC 20001<br><br>    Serve:  Jack Requa, GM/CEO<br>              600 5th Street, NW<br>              Washington, DC 20001<br><br>    Defendant. | Civil Action No._____ |

## COMPLAINT

Sandra Huckstep, Plaintiff, by and through her undersigned counsel hereby sues Defendant, WMATA for gender discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-2 and the District of Columbia Human Rights Act, and in support thereof, states as follows:

### PARTIES

1. Plaintiff is an adult resident of the State of Maryland with her principal place of residence located at 1732 Tulip Avenue, Forestville, Maryland.

2. Defendant is a regional transportation system created in 1967 through an interstate compact between the District of Columbia, State of Maryland the Commonwealth of Virginia. WMATA's headquarters is located at 600 5th Street, NW, Washington, DC.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter based upon 28 U.S.C.A. §1331 because this matter is based a question of federal law.

4. This Court also has jurisdiction over this matter based upon 28 U.S.C.A. §1332 because the Plaintiff and Defendant are diverse from one another and the amount in controversy exceeds $75,000.00.

5. Venue in this matter is proper based upon 28 U.S.C.A. §1391.

## FACTS OF THE CASE

6. Plaintiff is an African American female who was hired by Defendant as bus driver in or about October, 2013.

7. There were 32 people in Plaintiff's training class.

8. Training was completed on December 12, 2013 and Plaintiff immediately began driving a bus on her normal route, out of the 4 Mile Run facility located in Virginia.

9. Defendant maintains a policy that for the first 90 days following completion of training, all new WMATA bus drivers are on probation and any accident may result in immediate termination.

10. On or about January 29, 2014, Plaintiff was involved in an accident with a passenger vehicle.

11. The driver of the passenger was issued a ticket for not yielding right of way at a traffic light.

12. In accordance with Defendant's policy, Plaintiff was immediately placed on administrative leave, with pay, pending an investigation of the January 29, 2014 accident.

13. On February 11, 2014, Plaintiff was terminated from employment for the stated reason of being involved in an accident during the 90 day probationary period.

14. Despite the policy, 5 other members of Plaintiff's training class were involved in accidents during their 90 day probation period.

15. One other woman, Shakita Bolden had an accident and was terminated.

16. Four men, Marc Farmer, Michael Coates, Jordan Butler and Dan Davis were involved in accidents during their 90 day probation period and were not terminated.

17. WMATA is discriminating against Plaintiff on the basis of her gender by subjecting her to more severe forms of discipline than similarly situated men.

18. On or about May 13, 2014, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission, Charge No. 570-2014-01268.

19. On or about December 15, 2014, EEOC issued its Right to Sue Letter.

COUNT I
VIOLATION OF TITLE VII OF THE CIVIL RIGHTS OF 1964
42. U.S.C.§2000e-2

20. Plaintiff adopts and incorporates by reference all of the allegations set forth in the previous paragraphs as if the same were fully set forth herein.

21. Defendant has interfered with Plaintiff's enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship by terminating Plaintiff's employment.

22. Plaintiff's gender, female, was a motivating factor in Defendant's decision to terminate Plaintiff's employment, while treating similarly situated male employees less severly, in violation of Federal law.

23. Plaintiff was subjected to unequal treatment and discharge as a result of her gender.

24. Plaintiff has suffered and continues to suffer harm and damages as a direct and proximate result of Defendant's unlawful actions.

25. Plaintiff has also suffered anguish, anxiety, fear, helplessness, shock, humiliation, insult, embarrassment, depression, insomnia, and other damages as a direct result of Defendant's acts and omissions.

## COUNT II
## VIOLATION OF THE DISTRICT OF COLUMBIA HUMAN RIGHTS ACT
## DC CODE ANN. §2-1402.11, ET SEQ.

26. Plaintiff hereby realleges all of the allegations contained herein.

27. Defendant has subjected Plaintiff to unequal terms and conditions of employment, discipline, harassment and discharge due to her gender, female, in violation of DC Code Ann. §2-1402.11, et seq., which specifically prohibits such actions by an employer.

28. Plaintiff has suffered and continues to suffer harm and damages as a direct and proximate result of Defendant's unlawful actions.

29. Plaintiff has also suffered anguish, anxiety, fear, helplessness, shock, humiliation, insult, embarrassment, depression, insomnia, and other damages as a direct result of Defendant's acts and omissions.

WHEREFRORE, Plaintiff respectfully requests that this Court enter judgment favor of Plaintiff and against Defendant for

A. Compensatory damages in the amount of $300,000.00 or such other amount as determined at the trial of this matter;

  B. Punitive damages in the amount of $1,000,000.00 or such other amount as determined at the trial of this matter;

  C. Plaintiff's attorneys' fees and costs associated with this matter; and

  D. Such other and further relief as this Court deems necessary based upon the facts and circumstances of this case.

## **JURY TRIAL**

Plaintiff requests that all matters in this case be tried by a jury.

Dated: March 13, 2015

       Respectfully Submitted,

       /s/Neil S. Hyman_____
       Neil S. Hyman, Esquire
       DC Bar No. 465047
       Law Office of Neil S. Hyman, LLC
       4416 East West Highway, Suite 400
       Bethesda, Maryland 20814
       301-841-7105 (p)
       301-986-1301 (f)
       neil@neilhymanlaw.com
       *Counsel for Plaintiff*